Keith W. Heard (KH-8578)
Michael J. Walsh (MW-6578)
Burke & Parsons
100 Park Avenue
New York NY 10017-5533
(212) 354-3800

**08 CV 00175**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SIGMA TANKERS INC.,

                Plaintiff,

-against-

TRAFIGURA BEHEER B.V.,

                Defendant.

---



### RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff Sigma Tankers, Inc. hereby represents to this Honorable Court that said plaintiff's ultimate corporate parent is Morgan Stanley.

Dated:   New York, NY
            January 9, 2008

                                      BURKE & PARSONS
                                      Attorneys for Plaintiff
                                      SIGMA TANKERS, INC.

                             By _/s/ Keith W. Heard_
                                      Keith W. Heard (KH-8578)
                                      100 Park Avenue
                                      New York NY 10017-5533
                                      (212) 354-3800