UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
SIGMA TANKERS, INC.

           Plaintiff,

   - against -

TRAFIGURA BEHEER B.V.

           Defendants.
------------------------------------------------------X

08 Civ. 00175 (PKL)
ECF CASE

**RESTRICTED APPEARANCE**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure E(8) of the Supplemental Rules for Certain Admiralty and Maritime Claims, the Defendant, Trafigura Beheer, B.V., hereby appears pursuant to Rule E (8), "Restricted Appearance" in the above-captioned action and that the undersigned has been retained as attorneys for said Defendant and demands that a copy of all pleadings and papers in this action be served upon the undersigned at the office address stated below.

Dated: New York, New York
      January 14, 2008

Respectfully,
TISDALE LAW OFFICES,

By:         /s/
Lauren C. Davies (LD1980)
11 West 42nd Street, Suite 900
New York, NY 10036
Tel.: 212-354-0025
Fax: 212-869-0067
ldavies@tisdale-law.com

## AFFIRMATION OF SERVICE

I hereby certify that on January 14, 2008, a copy of the foregoing RESTRICTED APPEARANCE was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

                                                                /s/
                                            Lauren C. Davies