Leisure, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/08

---

SIGMA TANKERS INC.,

        Plaintiff,

-against-

TRAFIGURA BEHEER B.V.,

        Defendant.

CONSENT ORDER

08 CV 00175 (PKL)

---

It is hereby stipulated and agreed between the parties, by their undersigned attorneys, that the Defendant has posted substitute security and, as such, the funds that are currently under attachment in this action are to be released. The garnishee bank(s) are hereby instructed to release the attached funds to Trafigura Beheer B.V. pursuant to joint instructions to be provided by letter and signed by the undersigned counsel.

Upon confirmation that all funds have been released in accordance with the above instructions, the parties will submit a stipulated order of discontinuance without prejudice and without costs to either party as against the other.

Dated:   New York, NY
           January 31, 2008

SIGMA TANKERS, INC.,

By _____
Keith W. Heard (KH-8578)
BURKE & PARSONS
100 Park Avenue
New York NY 10017-5533
(212) 354-3800


TRAFIGURA BEHEER B.V.,

By _____
Lauren C. Davies (LD-1980)
TISDALE LAW OFFICES, LLC
11 W. 42nd Street, Suite 900
New York, NY 10036
(212) 354-0025

SO ORDERED: 2/4/08

_____
U. S. D. J.