*Leisure/T*



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/20/08

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**SIGMA TANKERS INC.,**

                              **Plaintiff,**

           -against-

**TRAFIGURA BEHEER B.V.,**

                              **Defendant.**

---

**STIPULATION AND**
**ORDER OF**
**DISCONTINUANCE**

**08 CV 00175 (PKL)**

WHEREFORE, the Defendant having posted sufficient substitute security in the London arbitration described in paragraph 12 of the Verified Complaint,

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties, that all attachments that have been effected in this action shall be immediately released forthwith and,

IT IS HEREBY ORDERED THAT this action be, and by same hereby is,

discontinued without prejudice and without costs to either party as against the other.

Dated:   New York, NY
         February 14, 2008

SIGMA TANKERS, INC.,

By _____
   Keith W. Heard (KH-8578)
   BURKE & PARSONS
   100 Park Avenue
   New York NY  10017-5533
   (212) 354-3800

TRAFIGURA BEHEER B.V.,

By _____
   Lauren C. Davies (LD-1980)
   TISDALE LAW OFFICES, LLC
   11 W. 42nd Street, Suite 900
   New York, NY  10036
   (212) 354-0025

SO ORDERED: 2/19/08

_____
U. S. D. J.